**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**NICHOLAS DORNACKER**                                                                                    **PLAINTIFF**
**ADC #171308**

v.                              Case No. 5:18-cv-00174-LPR-JTR

**GERALD ROBINSON, Sheriff,** *et al.*                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (the "Recommendation") from United States Magistrate Judge J. Thomas Ray recommending dismissal without prejudice for failure to prosecute. (Doc. 42). No objections have been filed. After a careful review of the Recommendation, as well as of the record, the Court adopts the Recommendation in its entirety. Accordingly, Defendants' Motion to Dismiss (Doc. 40) is GRANTED, and this case is DISMISSED without prejudice. Defendants' Motion for Judgment on the Pleadings (Doc. 34) is DENIED as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 13th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE