**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**NICHOLAS DORNACKER**                                                                    **PLAINTIFF**
**ADC #171308**

**v.**                                     **Case No. 5:18-cv-00174-LPR-JTR**

**GERALD ROBINSON, Sheriff,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on May 13, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 13th day of May 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE